UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**BETTY HUGGINS**,

    Plaintiff,

v.                                              CASE NO. 3:15-cv-470-J-25MCR

**STELLAR RECOVERY, INC.**,

    Defendant.
_____/

**O R D E R**

Pursuant to Plaintiff's Notice of Dismissal (Dkt. 5), it is

**ORDERED** that this action is **DISMISSED with prejudice**.  The Clerk of Court is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of May, 2015.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record